**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  CHAMIE A. HOOKS, III<br><br>               Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>         vs.<br>  CHAMIE A. HOOKS, III<br><br><br>         Respondents | Case No.15-22089CMB<br><br><br>Chapter 13<br><br><br>Document No._____ |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___10th___ day of __August__, 20__20__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Xxvi
Attn: Payroll Manager
375 Saxonburg Blvd
Saxonburg, PA 16056

is hereby ordered to immediately terminate the attachment of the wages of CHAMIE A. HOOKS, III, social security number XXX-XX-6141. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CHAMIE A. HOOKS, III.

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

FILED
8/10/20 2:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_  dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 15-22089-CMB
Chamie A. Hooks, III                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 1              Date Rcvd: Aug 10, 2020
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2020.
db             +Chamie A. Hooks, III,    117 Red Mill Road,    Kittanning, PA 16201-3525
               +Xxvi,   atten Payroll,    375 Saxonburg Blvd.,    Saxonburg, PA 16056-9430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Jeremy J. Kobeski    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com
              Kenneth  Steidl    on behalf of Debtor Chamie A. Hooks, III julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Mario J. Hanyon    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 8